ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 14 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIE JAMES ATKINS, TDCJ No. 1441701, Petitioner Pro Se, | § § § § | |
| v. | § | CIVIL ACTION NO. 3:16-CV-2942-BT |
| LORIE DAVIS, Director Texas Department of Criminal Justice, Correctional Institution Division, Respondant. | § § § § § | |

## PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL BY PERMISSION SEEKING A COA

1.  This is a habeas corpus case brought by a Texas state prisoner, Willie James Atkins, under 28 U.S.C. § 2254. **FINAL JUDGMENT** was entered in this case on **May 11, 2018,** by the DISTRICT COURT adopting RECOMMENDATIONS of the United States Magistrate Judge, dismissing Petitioner's case with PREJUDICE and DENYING a COA.

2.  Pursuant to DISTRICT COURT ORDERs stating **Rule 4,** Fed. Rule of Appellate Procedure as GOVERNING any APPEAL in the case, Petitioner so MOVES the Court pursuant to Fed.R.App.Proc. 4(a)(5)(A).

3.  The District Court may extend the time to file a NOTICE OF APPEAL if: (i) a party so moves NO LATER THAN 30-days after the time prescribed by this rule. The time prescribed by this rule expires 30-days after entry of the JUDGMENT or ORDER appealed from.

4.  ACCORDINGLY, 30-days from the entry of JUDGMENT of MAY 11, 2018, expires June 10, 2018, extended to June 11, 2018, due to June 10, 2018 as a SUNDAY.

5. Access to the law library here at the Mark W. Stiles Unit is EXTREMELY LIMITED. Therefore, extra time is needed and respectfully requested for an ADDITIONAL 30-DAYS, up to and including JULY 10, 2018, to file Petitioner's NOTICE OF APPEAL BY PERMISSION SEEKING A COA.

6. Due to the COMPLEXITY of the ISSUES and RELEVANT CASE LAW, requires EXTENSIVE RESEARCH and PREPARATION to complete an ADEQUATE APPEAL SEEKING A COA.

7. This is Petitioner's FIRST REQUEST for an extension on this issue. Petitioner humbly seeks the courts forgiveness for any undue burden as a result of this request. Furthermore, this request is not designed to harass the Director, nor cause unnecessary delay.

8. As such, Petitioner respectfully requests an extension of THIRTY-(30) DAYS, up to and including July 10, 2018 to file PETITIONER'S NOTICE OF APPEAL BY PERMISSION SEEKING A COA.

Respectfully submitted this 8th day of JUNE, 2018,

_WILLIE ATKINS #1441701_
WILLIE ATKINS, #1441701 - Petitioner Pro Se
Stiles Unit - 3060 FM 3514 - Beaumont, Texas 77705

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been served by placing same in the Stiles Unit U.S. Mail collection box, postage paid, on this 8th day of JUNE, 2018, addressed to JESSICA MONOJLOVICH - Asst. Atty. General - P.O. Box 12548 - Austin, TX 78711-2548.

_WILLIE ATKINS #1441701_
WILLIE ATKINS, #1441701

WILLIE ATKINS, #1441701
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

LEGAL MAIL

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of Texas
1100 Commerce - Room 1452
Dallas, Texas 75242-1495

