IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIE JAMES ATKINS, § | |
| Petitioner, § | |
| § | |
| v. § | No. 3:16-cv-02942-N (BT) |
| § | |
| § | |
| LORIE DAVIS-DIRECTOR TDCJ-CID, § | |
| Respondent. § | |

## ORDER

Petitioner filed a motion for leave to proceed *in forma pauperis* on appeal. (ECF No. 30.) The Court hereby GRANTS Petitioner leave to proceed *in forma pauperis* on appeal.

IT IS SO ORDERED.

SIGNED July 13, 2018.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE