September 13, 2018



OFFICE OF THE APPEALS DEPUTY CLERK
United States District Court
Northern District Of Texas
1100 Commerce - Room 1452
Dallas, Texas  75242-1495

RE:  Record on Appeal for USCA5 18-1077  (related to [29]appeal; [32]RESPONSE)
　　　　　3:16-cv-02942-N-BT Atkins v. Director, TDCJ-CID

Dear Honorable Clerk,

GREETINGS:

　　　Thank you for your response dated 9-6-2018. Pursuant to instructions provided to check the record for any missing or incomplete items within 10-days of receipt of this letter. Ten days from date of receipt began on 9-11-2018, ending 9-21-2018.

　　　I received documents from the above court in accordance to rules of the institution via law library, dated 9-13- 2018. Unfortunately, it did not contain any correspondence to document the content.

　　　I truly apologize for any inconvenience, or excessive burden caused by my records on appeal request, but there were several crucial documents that were not included, but are claimed in Federal and State Habeas Petitions, included in court records.  CIVIL DOCKET FOR CASE #: 3:16-cv-02942-N-BT  **(ECF-11, # 1 thru #24)**, contains records that were not included.

　　　My entire Federal Case is based on STATE COURT Writ Of Habeas Corpus listed at **(ECF-11, # 15 thru 24   ,** which were not included.

　　　ALSO, many of the records provided were incomplete.  A detailed list includes the following as paginated pursuant to ROA numeration:

**18-10711.** 27, 28, 61, 93, 94, 258, 259, 262, 263, 382, 383, 536, 537, 538,(540-544)

576-577; 598-599; 600,(605-607)(618-621)(641-649)(651-683)(688-699)(700-705) 707,

710, 711,(713 - 722),724,(726-728),730, 756;(772 - 793); (797 - 817);  (865 - 875);

913, 922, **(952 - 954);**  (958-959); (974 - 982);

**PLEASE NOTE:**    The above listed ROA numbers, correspond with the following **3:16-cv-02942-N-BT   Page ID #** 22, 23, 56, 88, 89, **1998** 173, 174, 293,  294, 447, 448, 449,

(451-455), (487-488), (509-510), 511, (516-518), 529-532),(552-560), **(562-594),**

1.

{~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~},

(599-610); (611-616); 618, 621, 622,**(624-633)**; 635, 637-639, 641, 667,**(683-704)**; **(708 - 728)**; 776, **(824-833)**; 863-865; 869, 870, **(885-893)**. District Court page count ends at **926, but recent Document 32 Filed 09/06/18 Page 1 of 1 ended with Page ID 2000.**

Again, please accept my most sincere apology for the burden this request may cause. I have never received correspondence from the federal court in such a vicious manner as which I received the records. Prison Officials delayed me receiving it, because they did~~XX~~ did not believe it came from the court. Such a maticulous effort at disarray. Again, I apologize.

Respectfully submitted,

WILLIE ATKINS, #1441701
Appellant Pro Se
Stiles Unit
3060 FM 3514
Beaumont, Texas  77705

## CERTIFICATE OF SERVICE

I, WILLIE ATKINS, do hereby certify that a true and correct copy of the foregoing instrument has been served, by placing same in the Stiles Unit U.S. mail collection box, on this <u>13th</u> day of <u>September, 2018,</u> addressed to: JESSICA MANOJLOVICH - Assistant Attorney General - P.O. Box 12548 - Austin, TX 78711-2548, postage paid.

WILLIE ATKINS, #1441701

2.

WILLIE ATKINS, #1441701
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

LEGAL MAIL

HOUSTON TX 773
14 SEP 2015 PM 8 L

LEGAL MAIL

UNITED STATES DISTRICT COURT
Office of The Clerk APPEALS DEPUTY
Northern District Of Texas
1100 Commerce - Room 1452
Dallas, Texas 75242-1495

75242-131052

# United States District Court
## Northern District of Texas

*Dallas Division*

September 21, 2018

Willie James Atkins
#1441701
TDCJ Stiles Unit
3060 FM 3514
Beaumont, TX 77705


Re: Your correspondence received in the U.S. District Clerk's Office on 9/18/2018
Case No./Style:  3:16-cv-02942-N-BT/18-10711 Atkins v. Director, TDCJ-CID

Mr Atkins,

The record you received is the complete record the court has on file.  If you are missing documents from your state court record, you must contact the Texas Attorney General.  The address is provided below.  If any of the documents you filed are missing pages please provide the document number and what page is missing.  I have enclosed a copy of your docket sheet for your convenience.  If you desire to supplement your record on appeal, you will need to contact the US Court of Appeals for instruction.

Office of the Texas Attorney General - Post
Conv Lit Div
PO Box 12548
Capital Station
Austin, TX 78711


Sincerely,

Deputy Clerk -  {svc}