# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 21, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 18-10711   Willie Atkins v. Lorie Davis, Director
                          USDC No. 3:16-CV-2942

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Roeshawn A. Johnson, Deputy Clerk
                          504-310-7998

cc:
    Mr. Willie James Atkins
    Ms. Jessica Michelle Manojlovich

No. 18-10711

issued only if the applicant shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Atkins has not addressed the district court's determination that his § 2254 petition was untimely under 28 U.S.C. § 2244(d)(1)(A) and that he was not entitled to statutory tolling under § 2244(d)(1)(B) because he did not demonstrate that he was prevented from filing his petition by unconstitutional state action. Thus, he has abandoned any challenge to those determinations. *See Hughes v. Johnson*, 191 F.3d 607, 613 (5th Cir. 1999); *Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993).

Atkins has not shown that jurists of reason would find debatable the district court's determination that he was not entitled to equitable tolling. *See Holland v. Florida*, 560 U.S. 631, 649 (2010); *Palacios v. Stephens*, 723 F.3d 600, 604 (5th Cir. 2013); *Manning v. Epps*, 688 F.3d 177, 183 (5th Cir. 2012); *Hardy v. Quarterman*, 577 F.3d 596, 598 (5th Cir. 2009). His remaining arguments, which include his contention that he is entitled to equitable tolling based on his actual innocence, will not be considered because they were not presented to the district court. *See Henderson v. Cockrell*, 333 F.3d 592, 605 (5th Cir. 2003).

Accordingly, Atkins's motion for a COA is DENIED. His motions for the appointment of counsel and for leave to proceed in forma pauperis on appeal are also DENIED.

2

granted "when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The applicant has not made the required showing to obtain a COA. *See id.* Accordingly, his application for a COA is DENIED. His motion for leave to file an amended COA motion and brief is GRANTED. His motion for leave to amend the order designating the notice of appeal is DENIED.

                              _____
                              ANDREW S. OLDHAM
                              UNITED STATES CIRCUIT JUDGE