# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 30, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-10711   Willie Atkins v. Lorie Davis, Director
                      USDC No. 3:16-CV-2942

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Roeshawn A. Johnson, Deputy Clerk
                          504-310-7998

Mr. Willie James Atkins
Ms. Jessica Michelle Manojlovich
Ms. Karen S. Mitchell

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-10711
_____

WILLIE JAMES ATKINS,

    Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Respondent - Appellee

_____

Appeal from the United States District Court
for the Northern District of Texas
_____

O R D E R :

On January 8, 2019, the clerk denied appellant's motion for an extension of time to file petition for rehearing. Upon consideration of appellant's motion for reconsideration, IT IS ORDERED that the motion is Denied.

IT IS FURTHER ORDERED that appellant's motion for an extension of time to and including February 3, 2019, to file petition for rehearing is Denied.

                                                _____
                                                ANDREW S. OLDHAM
                                          UNITED STATES CIRCUIT JUDGE